UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Joseph A. Dickson |
| | : |
| | : Mag. No. 16-6546 |
| v. | : |
| | : |
| CARY LEE PETERSON | : **SEALING ORDER** |
| | : |

This matter having come before the Court upon the application of the United States of America (Jonathan M. Peck, Assistant United States Attorney, appearing), for a complaint and arrest warrant, and the concurrent application that the complaint and arrest warrant filed against the person named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 10th day of March, 2016,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the complaint, arrest warrant, and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court, whichever first occurs.

_____
HON. JOSEPH A. DICKSON
United States Magistrate Judge