UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Mag. No. 16-mj-6546 |
| v. | : | |
| | : | |
| CARY LEE PETERSON | : | Hon. Leda Dunn Wettre |
| | : | |

## MOTION FOR STATUS CONFERENCE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves the Court for a status conference to inquire as to the defendant's wishes with respect to his legal counsel. The United States further asks that time be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(H) until the latter of: (1) the date of the conference; or (2) May 13, 2016 pursuant to the Stipulation and Order Extending Time under rule 5.1 and Excluding Time Under the Seedy Trial Act, dated March 23, 2016 (Dkt. no. 4 at 8).

                                                    Respectfully submitted,

                                                    PAUL J. FISHMAN
                                                    United States Attorney

                                                    s/ *Jonathan Peck*
                                        By:    JONATHAN M. PECK
                                                    Assistant United States Attorney

SO ORDERED:

_____
HON. LEDA DUNN WETTRE
United States Magistrate Judge